UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:19-bk-03507-KSJ
                                                                Chapter 13
Jose Eduardo Santiago
Jessica Marie Santiago
        Debtors
_____/

NOTICE OF CONVERSION
FROM CHAPTER 13 TO CHAPTER 7

COME NOW the Debtors, Jose Eduardo Santiago and Jessica Marie Santiago, by and through the undersigned attorney, and give notice of conversion of their Chapter 13 Bankruptcy Case to a Chapter 7 Bankruptcy Case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic transmission or by U.S. Mail, First Class, Postage Pre-paid to all creditors and interested parties listed on the attached mailing matrix.

Dated this 20th day of August, 2019.

_____
Roland H. Acosta
Florida Bar No. 804370
Attorney for Debtors
Roland H. Acosta & Associates, PA
1085 W. Morse Blvd. Suite 210
Winter Park, FL 32789
(407) 644-2531
(407) 628-9289 (fax)
racosta@acostaatlaw.com