| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-03507-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Aug 20 09:04:44 EDT 2019 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services<br>PO Box 8002<br>Hilliard, OH 43026-8002 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Brand Bank / GS<br>1797 NE EX<br>Atlanta, GA 30329 | Capital One Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chase<br>Banktruptcy Department<br>Po Box 15298<br>Wilmintgon, DE 19850-5298 | Citibank, NA<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 | Comenity Bank / Express<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank / Kay Jewelers<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>Credit Card Dept<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 | (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Attn: Bankruptcy<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Credit Management, Inc.<br>Po Box 2037<br>Warren MI 48090-2037 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Phelan Hallinan Diamomd<br>& Jones, PLLC<br>2001 NW 64th Street<br>Suite 100<br>Fort Lauderdale, FL 33309-1844 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| | | |
|---|---|---|
| RP Funding<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047-8945 | Smile Design Sand Lake<br>7602 W Sand Lake Rd<br>Orlando, FL 32819-5112 | Syneb / Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| Jessica Marie Santiago<br>3401 Furlong Way<br>Gotha, FL 34734-5123 | Jose Eduardo Santiago<br>3401 Furlong Way<br>Gotha, FL 34734-5123 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Roland H. Acosta<br>Roland H. Acosta & Associates, PA<br>1085 W. Morse Blvd. Suite 210<br>Winter Park, FL 32789-3796 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1235 Old Alpharetta Rd 190<br>Alpharetta, GA 30005 | (d)American Honda Finance<br>PO Box 1844<br>Alpharetta, GA 30023 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 |
| BMW Financial Services<br>PO Box 3608<br>Dublin, OH 43016 | (d)BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH  43016 | First Savings Credit Card<br>500 E 60th Street N<br>Sioux Falls, SD 57104 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Honda Finance Corporation | (u)R P Funding, Inc | (du)R P FUNDING, INC. |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39